# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

June 28, 2022

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: United States v. Miljanic
22 CR 318 (PMH)

Dear Judge Halpern,

We represent Defendant Mileta Miljanic ("Miljanic"). We write to request an adjournment of the initial conference currently scheduled for July 7, 2022 at 9:00 a.m. Scheduling Order (ECF # 11).

The defendant does not intend to waive his right to be physically present, as he would prefer the conference be conducted in person.

However, Mr. Miljanic is detained at the Metropolitan Detention Center ("M.D.C.") in Brooklyn, New York, and he would not be transported to the courthouse from Brooklyn by 9:00 a.m.

Wherefore, we respectfully request that the initial conference be adjourned to a date and time when it could be held in person.

Thank you for your consideration.

Respectfully submitted,

Angela D. Lipsman, Esq.

cc: AUSA Jason Swergold (via ECF)