> Application granted. The initial appearance scheduled in this matter for July 7, 2022 is adjourned. The conference shall proceed in person, in Courtroom 520 of the White Plains Courthouse, at 11:30 a.m. on July 19, 2022.
>
> The parties are directed to file jointly a Proposed Order Excluding Time Under the Speedy Trial Act by 5:00 p.m. today.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 13.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 29, 2022

**STEIN & COROZZO, LLP**
COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
PHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

Of Counsel:
MARSHALL A. MINTZ

June 28, 2022

Re: United States v. Miljanic
22 CR 318 (PMH)

Dear Judge Halpern,

    We represent Defendant Mileta Miljanic ("Miljanic"). We write to request an adjournment of the initial conference currently scheduled for July 7, 2022 at 9:00 a.m. Scheduling Order (ECF # 11).

    The defendant does not intend to waive his right to be physically present, as he would prefer the conference be conducted in person.

    However, Mr. Miljanic is detained at the Metropolitan Detention Center ("M.D.C.") in Brooklyn, New York, and he would not be transported to the courthouse from Brooklyn by 9:00 a.m.

    Wherefore, we respectfully request that the initial conference be adjourned to a date and time when it could be held in person.

    Thank you for your consideration.

Respectfully submitted,

_/s/ Angela D. Lipsman_
Angela D. Lipsman, Esq.

cc: AUSA Jason Swergold (via ECF)