UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,                                    ORDER

       -against-

MILETA MILJANIC                                              22 CR 318 (PMH)

       Defendant.
-------------------------------------------------------------- X

PHILIP M. HALPERN, District Judge:

    Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Jason M. Swergold, Assistant United States Attorney, of counsel, and with the consent of Mileta Miljanic, by and through his attorneys, Joseph Corozzo, Esq., Angela Lipsman, Esq., and Thomas Mirigliano, Esq., it is hereby ORDERED that time is excluded between the date of this order and the pretrial conference scheduled for July 19, 2022 at 11:30 am. The Court finds that the ends of justice served by excluding time outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant to review discovery and the parties to discuss a pretrial resolution of this matter. Accordingly, it is ORDERED that the time from the date of this order through July 19, 2022, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED

Dated: June **29**, 2022
       White Plains, New York

                                                          _____
                                                          HON. PHILIP M. HALPERN
                                                          UNITED STATES DISTRICT JUDGE