UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v -<br><br>MILETA MILJANIC,<br><br>                    Defendant. | **RESCHEDULING ORDER**<br><br>22-CR-00318 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Defendant's sentencing in this matter, scheduled for August 24, 2023 at 10:00 a.m., has been rescheduled to **August 24, 2023 at 2:30 p.m.** in Courtroom 520 of the White Plains Courthouse.

**SO ORDERED.**

Dated:  White Plains, New York
         August 21, 2023

_____
PHILIP M. HALPERN
United States District Judge