RUBINSTEIN

RONALD RUBINSTEIN
JOSEPH R. COROZZO
—————
ANGELA D. LIPSMAN (NY; NJ)

260 MADISO
NEW
TELEPHONE (212)
INFO

> Application granted. Mr. Miljanic may travel to Serbia provided that he provides his itinerary to the Probation Department in advance of his travel and that the travel shall not exceed thirty days. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 47).
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            May 13, 2026

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: United States v. Miljanic
22 CR 318 (PMH)

Dear Judge Halpern,

On behalf of Defendant Mileta Miljanic ("Miljanic"), we make this emergency application for permission for Mr. Miljanic to travel.

Tragically, Mr. Miljanic's 38 year old son was killed earlier today in a motorcycle accident in Serbia.

The son leaves behind a wife and four minor children, all of whom reside in Barajevo, Serbia, a suburb of Belgrade.

We respectfully request permission for Mr. Miljanic to travel to Serbia for the services for his son and to provide emotional support for his daughter-in-law and grandchildren. If this application is granted, Mr. Miljanic would stay at the daughter-in-law's home in Barajevo, and the address and travel information would be provided to the Probation Department.

Mr. Miljanic is nearly two years into serving his 3 year term of supervised release.

We have reached out to the United States Attorney's Office, and the Government defers to the Probation Department.

We have also communicated with the Probation Department. Mr. Miljanic's Probation Officer advised that Probation has no objection to this application, provided that the itinerary shall be provided to the Probation Department, and that the travel shall not exceed 30 days. Probation Officer Perez also advised that Probation had communicated with Mr. Miljanic, and that he anticipates the trip to last for approximately 21 days.

RUBINSTEIN & COROZZO, LLP

Thank you for your consideration.

Respectfully submitted,

Angela D. Lipsman, Esq.
Joseph R. Corozzo, Esq.

cc:    Assistant United States Attorney Michael Herman (via ECF)
       Probation Officer Charnice Perez (via email)