RUBINSTEIN & COROZZO, LLP

260 MADISON
NEW
TELEPHONE (212)
INF

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

> Application granted. Mr. Miljanic may travel to Serbia from June 20-30, 2026. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 49).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            June 18, 2026

June 18, 2026

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: United States v. Miljanic
<u>22 CR 318 (PMH)</u>

Dear Judge Halpern,

I represent Defendant Mileta Miljanic ("Miljanic"), who is serving his term of supervised release. I make this application for Mr. Miljanic to travel.

The Court will recall that Mr. Miljanic's son, Nikola Miljanic, died in a motorcycle accident in Serbia on May 13, 2026.[1] The Court granted Mr. Miljanic's unopposed application to travel to Serbia for the initial services.[2]

The Miljanics belong to the Serbian Orthodox Church. As explained in the attached letter from the parish priest, on the 40th day after the son's passing, a memorial service will be held at the cemetery in Serbia in accordance with "the customs and rules prescribed by the Orthodox Church… so that we may pray for the repose of the soul of his son Nikola."[3]

Additionally, Nikola Miljanic's youngest son (one of Mr. Miljanic's grandchildren), has not yet been baptized. The baby's baptism is due to take place at the parish church in Beljina in Serbia a few days after the 40th day memorial service. <u>Id.</u>

We respectfully request permission for Mr. Miljanic to return to Serbia for the period of June 20 to June 30, 2026 so that he may attend his son's memorial service and his grandson's baptism.

---

[1] Emergency Letter Motion, ECF # 47.
[2] Order granting Emergency Letter Motion, ECF # 48.
[3] Ex. A – Letter from Parish Priest.

RUBINSTEIN & COROZZO, LLP

        I have communicated with the Probation Department, and have provided Probation with the itinerary that would be used if this application is granted.

        The Probation Officer has advised that Probation has no objection to this application.

        I have also reached out to the United States Attorney's Office, and the Government defers to the Probation Department.

        Thank you for your consideration.

Respectfully submitted,

Angela D. Lipsman, Esq.

cc:    Assistant United States Attorney Michael Herman (via ECF)
       Probation Officer Charnice Perez (via email)

Encl.



Serbian Orthodox Church – Orthodox Diocese of Šumadija
Church Municipality of Beljina
At the Church of the Holy Archangel Michael
in Beljina

To whom it may concern

Dear Sir or Madam

Considering the unfortunate circumstances that have recently affected the respected Miljanić family from Lisović, who are my parishioners, I am writing to you regarding my parishioner, Mr. Mileta Miljanić from Lisović, currently residing in New York.

Namely, on May 13 of this year, in Barajevo near Belgrade, Nikola Miljanić, the son of the respected Mr. Mileta Miljanić and his wife Rada, tragically lost his life. The tragic event occurred in the afternoon hours of that day, and despite the efforts of the doctors, Nikola Miljanić lost the battle for his life. Nikola is survived by his wife and their four young children.

According to the customs and rules prescribed by the Orthodox Church, the family visits the grave every Saturday until the 40th day after death, and on the 40th day memorial prayers for the deceased are held. Therefore, it is necessary for Mr. Mileta Miljanić, as the head of the family, to be present at the cemetery in Lisović on that day so that we may pray for the repose of the soul of his son Nikola.

Since Nikola left behind four children, and the youngest baby has not yet been baptized and received into the Orthodox faith, after the 40-day memorial service we also plan to baptize his youngest son. For this reason, it is again necessary for Mr. Mileta to be present at the baptism ceremony itself.

All of the above would take place during the period of June 20–30, 2026. During this period, we would first hold a memorial service (a prayer for the repose of Nikolina's soul) at the cemetery in Lisović, while the baptism would take place a few days later at the Church of Saint Archangel Michael in the village of Beljina, which serves as the parish church for both villages.

With God's blessing!

Parish Priest of Beljina